```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    MONG YANG
 7
```

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:09-CR-324 MCE |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE TO AUGUST 5, |
| v. | ) 2010, AT 9:00 A.M. |
| MONG YANG | ) Date:  July 1, 2010 |
| | ) Time:  9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England |
| _____ | ) |

    THE PARTIES STIPULATE, through counsel, William S. Wong, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Yang, that the Court should vacate the status conference scheduled for July 1, 2010, at 9:00 a.m., and reset it for August 5, 2010, at 9:00 a.m.

    Counsel for defendant requires further time to review discovery and to negotiate with the government in an effort to resolve this matter.

    It is further stipulated by the parties that the Court should exclude the period of time from the date of this order through August 5, 2010, when it computes the time within which the trial of the above

STIPULATION AND [PROPOSED ORDER]                  1                              09-324 MCE

criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting Mr. Yang's request for a continuance outweigh the best interest of the public and Mr. Yang in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: June 29, 2010                    Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/ M. Petrik
                                        _____
                                        MICHAEL PETRIK, Jr.
                                        Assistant Federal Defender
                                        Attorneys for Defendant

Dated: June 29, 2010                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ M. Petrik for William S. Wong
                                        _____
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**  The Court orders time excluded from the date of this order through the status conference on August 5, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: June 29, 2010

                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED ORDER]                3                                       09-324 MCE