UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MONG YANG,<br><br>　　　　　　Defendant. | No. 2:09-cr-00324-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release MONG YANG; Case No. 2:09-cr-00324-KJM, from custody for the following reasons:

　　___Release on Personal Recognizance

　　___Bail Posted in the Sum of $

　　　　　　__ 　Unsecured Appearance Bond

　　　　　　__ 　Appearance Bond with 10% Deposit

　　　　　　__ 　Appearance Bond with Surety

　　　　　　__ 　Corporate Surety Bail Bond

　　_X_ (Other): Time Served

Issued at Sacramento, California on ___9/24/14___, at ___10:43 a.m.___

_____
Kimberly J. Mueller
United States District Judge